**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York  10007*

March 14, 2008

By Hand

Honorable Shira A. Scheindlin
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

         Re:   Valerie Ruffin v. Astrue
               08 Civ. 00108 (SAS)

Dear Judge Scheindlin:

        This Office represents the Commissioner of Social
Security, defendant in the above-referenced action.  During my
preparation of defendant's answer, I encountered several issues
that required that I seek more information from the Agency.
Therefore, I respectfully request a sixty-day extension of time
from March 17, 2008, until May 16, 2008, to respond to the
complaint.

        This is defendant's first request for an extension of
time.  This Office contacted plaintiff pro se regarding this
request, and she declined to consent because she felt defendant
has sufficient time to respond to the complaint.

        Thank you for your consideration of this request.

                                Respectfully,

                                MICHAEL J. GARCIA
                                United States Attorney

                         By:    _____
                                LESLIE A. RAMIREZ-FISHER
                                Assistant U.S. Attorney
                                Telephone:  (212) 637-0378
                                Fax:  (212) 637-2750

cc: Valerie Ruffin, Plaintiff Pro Se (By Mail)

*[Handwritten annotation:]* Request granted. The government's response is due no later than May 16, 2008. No further adjournments will be granted.

So Ordered: *[signature]* USDJ 3/17/08