MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-0378
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
VALERIE RUFFIN,                   :
                                  :
                  Plaintiff,      :
                                  :
        - v. -                    :   STIPULATION AND ORDER
                                  :        OF REMAND
MICHAEL J. ASTRUE,                :   08 Civ. 0108 (SAS)
Commissioner of                   :
Social Security,                  :
                                  :
                  Defendant.      :
                                  :
- - - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner

of Social Security, pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings.

Dated: New York, New York
       May 28, 2008

                                                              VALARIE RUFFIN
                                                              Plaintiff Pro Se
                                                              64-66 Essex Street
                                                              Apt. #20H
                                                              New York, New York 10002
                                                              Telephone No: (646) 918-6197

                                                              MICHAEL J. GARCIA
                                                              United States Attorney for the
                                                              Southern District of New York
                                                              Attorney for Defendant

By: _____
     LESLIE A. RAMIREZ FISHER
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York   10007
     Telephone No.: (212) 637-0378
     Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____ 6/6/08
United States District Judge